JS-6

1   Brandie N. Charles, Bar No. 188892
    bcharles@littler.com
2   Devon S. Mills, Bar No. 325471
    dsmills@littler.com
3   LITTLER MENDELSON, P.C.
    2049 Century Park East
4   5th Floor
    Los Angeles, California  90067.3107
5   Telephone:  310.553.0308
    Fax No.:     310.553.5583
6
    Attorneys for Defendant
7   MANPOWERGROUP US INC.

8   Mark F. Lovell, CA Bar No. 246652
    mark.lovell@ogletree.com
9   Blair T. Troy, CA Bar No. 308438
    blair.troy@ ogletree.com
10  OGLETREE DEAKINS, NASH,
    SMOAK & STETWART P.C.
11  Park Tower, Fifteenth Floor
    695 Town Center Drive
12  Costa Mesa, CA 92626
    Telephone: 714-800-7900
13  Facsimile: 714-754-1298

14  Attorneys for Defendant
    ENERSYS DELAWARE INC.
15
    Additional Counsel Listed On Next Page
16

17              UNITED STATES DISTRICT COURT

18             CENTRAL DISTRICT OF CALIFORNIA

19

20   TIFFANY WILLIAMS,                    Case No. CV 22-7634-GW-PVCx

21            Plaintiff,                  Assigned to the Hon. George H. Wu

22       v.                              **ORDER ON JOINT
                                          STIPULATION TO REMAND
23   MANPOWERGROUP US INC., a            REMOVED ACTION BACK TO
     Wisconsin corporation; ENERSYS      STATE COURT**
24   DELAWARE INC., a Delaware
     corporation; BRANDON (last name
25   unknown), an individual; and DOES 1   Complaint Filed: September 14, 2022
     through 10, inclusive,                Removed: October 19, 2022
26                                         Trial Date: None Set
              Defendants.
27

28
                                          [PROPOSED] ORDER ON JOINT
                                          STIPULATION TO REMAND REMOVED
                                          ACTION BACK TO STATE COURT

Andranik Tsarukyan (SBN 258241)
Andy@remedylawgroup.com
Armen Zenjiryan (SBN 261073)
Armen@remedylawgroup.com
Patricia Lynne Mitchell (SBN 216224)
Patti@remedylawgroup.com
REMEDY LAW GROUP LLP
610 East Providencia Avenue, Unit B
Burbank, CA 91501
Tel: (818) 632-4730

Attorney for PLAINTIFF
TIFFANY WILLIAMS

2

[PROPOSED] ORDER ON JOINT
STIPULATION TO REMAND REMOVED
ACTION BACK TO STATE COURT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The Parties to the above-referenced action filed a Stipulation to Remand the Removed Action to State Court. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California Case Number No.: 2:22-cv-07634-GW-PVC styled TIFFANY WILLIAMS v. MANPOWERGROUP US INC., et al. is hereby remanded to Los Angeles County Superior Court.

This case file is now closed.

Date: January 24, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

3

[PROPOSED] ORDER ON JOINT
STIPULATION TO REMAND REMOVED
ACTION BACK TO STATE COURT